No. 73–92. COHEN ET AL., EXECUTORS v. FRANCHARD CORP. ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 73–95. SATKIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–97. DE IBERN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–99. IN RE KAUFFMAN MUTUAL FUND ACTIONS (JOSEPH B. KAUFFMAN, PETITIONER). C. A. 1st Cir. Certiorari denied.

No. 73–100. J. O. JOHNSON, INC. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–101. HUNTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–105. SUPERIOR PINE PRODUCTS CO. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–106. HANSEN v. UNITED CALIFORNIA BANK. C. A. 9th Cir. Certiorari denied.

No. 73–108. STASSI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–111. GENERAL AMERICAN LIFE INSURANCE CO. v. LOHMAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 73–113. BUTTOLPH v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 73–114. ARMSTRONG v. IOWA. Sup. Ct. Iowa. Certiorari denied.